JOSEPH BOGUSZ, Respondent, v. HARRY ENGEL et al., Individually and as Trustees under the Will of MARTIN ENGEL, Deceased, Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

LOUIS GLUCKSTERN, Respondent, v. PHILIP R. GLUCKSTERN, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. Settle order on notice.

In the Matter of HERBERT H. SCHWAB et al., Respondents, against SCHWAB BROTHERS CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. Settle order on notice.

In the Matter of HERMAN LUKE et al., Judgment Creditors, Respondents, v. LORBER REALTY CORPORATION, Judgment Debtor, Appellant. ISADORE LORBER, Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

LAURA MEEHAN et al., Respondents, v. HARRY ENGEL et al., Defendants, and EMANUEL STERN, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

SNOWDEN E. LEA v. SARAH A. LEA.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

AZIK L. GLASBERG v. NISH VARTANIAN et al., Impleaded with Another.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

JOSEPH KELLNER v. EMIL KAUFMAN et al.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

MICHAEL GESAS v. WILLIAM J. MARKOWITZ.— Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between MURRAY LEWIS and HOBBS-TAILLEURS, INC.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., taking no part.

SAMUEL JACOBSON v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., taking no part.